[No. 9456-8-II.  Division Two.  July 23, 1987.]

EDDIE C. SHIH, ET AL, *Appellants,* v. MYRA LYNN
ROBINETTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-2-03735-4, William L. Brown, Jr., J.,
entered January 2, 1986. *Affirmed* by unpublished opinion

per Soule, J. Pro Tem., concurred in by Brachtenbach and Morgan, JJ. Pro Tem.